## People of the State of Illinois, Defendant in Error, v. Willie Betts, Plaintiff in Error.

### Gen. No. 40,758.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940. Thomas .J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel; Joseph Stanley Sullivan and John Benedek, for plaintiff in error. Opinion by JUSTICE McSURELY. ''Not to be published in full.''

## William M. Pindell, Appellant, v. Conlon Corporation, Appellee.

### Gen. No. 40,792.

Heard in first division, first district, at June term, 1939; opinion filed January 22, 1940. Philip H. Newman and Dent, Weichelt & Hampton, for appellant; Litsinger, Healy, Reid & Bye, for appellee. Opinion by JUSTICE McSURELY. ''Not to be published in full.''